1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   NICANDRO GALAVIZ,                       CASE NO. 1:07-cv-00224-AWI DLB PC

10                      Plaintiff,          ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS, AND DISMISSING
11          v.                              ACTION FOR FAILURE TO OBEY A COURT
                                            ORDER
12   MR. SUMMER, et al.,
                                            (Doc. 4)
13                      Defendants.

14   _____/

15
16          Plaintiff Nicandro Galaviz ("plaintiff") is a state prisoner proceeding pro se in this civil rights

17   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19          On August 18, 2008, the Magistrate Judge filed a Findings and Recommendations herein

20   which was served on plaintiff and which contained notice to plaintiff that any objection to the

21   Findings and Recommendations was to be filed within eleven days.  Plaintiff did not file a timely

22   Objection to the Findings and Recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

24   de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

25   and Recommendations to be supported by the record and by proper analysis.

     //
26
27
28

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed August 18, 2008, is adopted in full; and

2.      This action is dismissed based on plaintiff's failure to obey the court's order of March 20, 2007.

IT IS SO ORDERED.

**Dated:    September 17, 2008**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE